# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 22, 2013

## NO. 03-11-00803-CV

**Michael Sheldon, Appellant**

**v.**

**Karen Sheldon, Appellee**

**APPEAL FROM 425TH JUDICIAL DISTRICT COURT OF WILLIAMSON COUNTY
BEFORE JUSTICES PURYEAR, GOODWIN, AND FIELD
AFFIRMED -- OPINION BY JUSTICE GOODWIN**

**THIS CAUSE** came on to be heard on the record of the court below, and the same being considered, it is the opinion of this Court that there was no error in the trial court's judgment: **IT IS THEREFORE** considered, adjudged and ordered that the trial court's judgment is in all things affirmed. It is **FURTHER** ordered that the appellant pay all costs relating to this appeal, both in this Court and the court below; and that this decision be certified below for observance.